IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHRYN REITZ and BOBBIE MCDONALD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MT. JULIET, <br><br> Defendant. | Case No. 3:08-cv-0728 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant City of Mt. Juliet (Docket No. 48) is **GRANTED**. All claims by plaintiff Bobbie McDonald are dismissed. Entry of this Order shall constitute the judgment as to the claims of plaintiff McDonald only.

It is so Ordered.

Entered this 10th day of November 2009.

_____
ALETA A. TRAUGER
United States District Judge