IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHRYN REITZ and BOBBIE MCDONALD, Plaintiffs, v. CITY OF MT. JULIET, Defendant. | Case No. 3:08-cv-0728 Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant City of Mt. Juliet (Docket No. 63) is **GRANTED IN PART** and **DENIED IN PART**. To the extent the plaintiff has asserted Title VII hostile environment or gender discrimination claims, those claims are dismissed. The plaintiff's Title VII retaliation claim remains for trial.

It is so Ordered.

Entered this 18th day of December 2009.

ALETA A. TRAUGER
United States District Judge