IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHRYN REITZ and BOBBIE MCDONALD, Plaintiffs, v. CITY OF MT. JULIET, Defendant. | Case No. 3:08-cv-0728 Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, plaintiff Kathryn Reitz's Motion to Compel (Docket No. 104) is **GRANTED**. Defendant City of Mt. Juliet is ordered to file under seal the documents identified in entries No. 3-51 in its privilege log (*see* Docket No. 105, Ex. 2) for the court's *in camera* review no later than January 13, 2010. The defendant may propose redactions aimed at omitting its lawyers' mental impressions, opinions, conclusions, judgments, or legal theories. The defendant shall indicate its proposed redactions by bracketing or highlighting the portions to be redacted.

It is so Ordered.

Entered this 5th day of January 2010.

_____
ALETA A. TRAUGER
United States District Judge