IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHRYN REITZ, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:08-0728 |
| | ) | Judge Trauger/Bryant/Brown |
| CITY OF MT. JULIET, | ) | |
| Defendant. | ) | |

**O R D E R**

A settlement conference was held with the parties in this matter on January 11, 2010. The parties were able to reach a settlement satisfactory to both sides. Accordingly, within 45 days of the entry of this order the parties are directed to file the necessary pleadings to terminate this case with prejudice.

Inasmuch as it appears nothing further remains to be done by the Magistrate Judge, the Clerk is directed to return the file to Judge Trauger.

It is so **ORDERED**.

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge